AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PC_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Yorlenys Betzabeth ZAMBRANO-Contreras | ) Case No. EP:26-M-00156-ATB |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 16, 2023** in the county of **El Paso** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on January 09, 2026 at 04:23 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Cesar E. Ponce, Border Patrol Agent
*Printed name and title*

Date: 01/09/2026

*Judge's signature*

City and state: El Paso, Texas
Anne T. Berton U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT
WESTERN DISTRICT OF TEXAS

Yorlenys Betzabeth ZAMBRANO-Contreras

FACTS (CONTINUED)

I am a United States Border Patrol Agent currently assigned to the El Paso Sector Prosecutions Unit. I have been so employed in my current position since June 19, 2008. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 8 of the United States Code. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant of Yorlenys Betzabeth ZAMBRANO-Contreras and does not set forth all my knowledge about this matter.

The DEFENDANT, Yorlenys Betzabeth ZAMBRANO-Contreras, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on September 16, 2023, approximately one mile east of the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas. A Border Patrol Agent encountered the DEFENDANT and determined that she had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the DEFENDANT was an undocumented non-citizen who illegally entered the United States, the DEFENDANT was placed under arrest and transported to the El Paso Central Processing Center/El Paso Hardened Facility in El Paso, Texas, for further processing. The DEFENDANT was processed and served with a Notice to Appear and released on her own recognizance due to lack of space in the detention facility. The DEFENDANT is scheduled to appear in immigration court on June 1, 2028.

On January 8, 2026, Border Patrol attempted to conduct an investigatory stop on a vehicle being occupied by two individuals in Portland, Oregon. Both individuals were referred to Border Patrol after concerned citizens provided law enforcement with information that the two individuals may have been involved in a shooting in Portland. The passenger of the vehicle was the DEFENDANT, Yorlenys Betzabeth ZAMBRANO-Contreras. Agents identified themselves to the vehicle's occupants, before the driver of the vehicle attempted to run over the Border Patrol Agents. A Border Patrol Agent discharged his service weapon, but the driver fled the scene. Currently, the DEFENDANT has been admitted at the hospital for medical reasons that are currently unknown.

Investigations conducted by law enforcement in Portland have revealed that the DEFENDANT has engaged in criminal conduct since she was served with a Notice to Appear and released on her own recognizance.