**CONOR HUSEBY, OSB No. 063737**
Email: conor@boisehuseby.com
BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

Attorney for Defendant Yorlenys Betzabeth Zambrano-Contreras

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **YORLENYS BETZABETH ZAMBRANO-CONTRERAS**, <br><br> Defendant. | Case No.: 3:26-mj-00006-1 <br><br> **REQUEST TO SCHEDULE HEARING ON JANUARY 16, 2026, AND CONSENT TO DELAY AND APPEARANCE VIA VIDEO TELECONFERENCE** |

Comes now the defendant, Yorlenys Betzabeth Zambrano-Contreras, through her attorney, Conor Huseby, and requests that, to give Ms. Zambrano-Contreras additional time to prepare for her initial appearance, an initial appearance and hearing to address Ms. Zambrano-Contreras' detention status be scheduled for Friday, January 16, 2026, in this matter. To the extent a delay until Friday constitutes unnecessary delay within the meaning of Fed. R. Cr. P. 5(a)(1)(A), Ms. Zambrano-Contreras consents to such delay. In addition, due to her medical condition, and the difficulty of transportation, Ms. Zambrano-Contreras also consents to appear

Page 1 -   REQUEST TO SCHEDULE HEARING ON JANUARY 16, 2026, AND CONSENT TO DELAY AND APPEARANCE VIA VIDEO TELECONFERENCE

BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

via video teleconference (VTC) from the detention facility where she is currently housed in the Western District of Washington.

Dated this 14th day of January, 2026.

Respectfully submitted,

BOISE HUSEBY LLP

*/s/ Conor Huseby*
CONOR HUSEBY, OSB No. 063737
(503) 228-0487
Attorney for Defendant
Yorlenys Betzabeth Zambrano-Contreras

Page 2 - REQUEST TO SCHEDULE HEARING ON JANUARY 16, 2026, AND CONSENT TO DELAY AND APPEARANCE VIA VIDEO TELECONFERENCE

**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984